UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 18-97 |
| v. | : 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| | 18 U.S.C. § 2 |
| | : |
| PEDRO NUNEZ | INFORMATION |
| | : |

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about February 25, 2015, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

PEDRO NUNEZ,

did knowingly and intentionally distribute, and possess with intent to distribute, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

*[signature]*
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 18-

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## PEDRO NUNEZ

### INFORMATION FOR

### 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

CRAIG CARPENITO
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

Jonathan W. Romankow
*ASSISTANT UNITED STATES ATTORNEY*
*(973) 645-2884*

USA-48AD 8
(Ed. 1/97)