Dear Clerk of Courts                                                                                                  11-1-20

My name is Pedro Nuñez, Reg. 67682-050. The reason why I'm writing your office is because I have tried multiple times tried to get in contact with the lawyer that represented me on my federal case, but I have had no luck getting in contact with him. I even had my wife go to the federal public defender office to try to get in contact with him. My reason why am writing your office is because I would like your office to send me the name of head public defender and address, so I could explain to them that I need their assitance to file a motion for me, the motion revolves around my federal case that the federal Public defender's office represented me on.

The motion I need filed is motion for Sentence Reduction under 18 U.S.C § 3582 (c)(1)(A) (Compassionate Release) due to my medical issues. I fit the criteria that's needed for the motion to be filed, plus there is active Covid cases at the federal Institution I'm at.

Thank you for your help with this matter

NOV 12 2020

Truly yours
Pedro Nuñez
#67682-050

My Address:

Pedro Nuñez #67682-050

Federal Correctional Institution
P.O. Box 6000
Florence, CO   81226

Pedro Nuñez #67682-050
Federal Correctional Institution
P.O. Box 6000
Florence, CO 81226

NOV 12 2020

DENVER CO 802
DENVER CO 802
2 NOV 2020 PM 5 L
2 NOV 2020 PM 3 L

Martin Luther King Jr.
Federal Building and United
States Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

